# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK ANTHONY BOYKIN, | Case No. 2:09-cv-2373-RLH-RJJ |
| Plaintiff(s), | 2:10-cv-0737-RLH-RJJ |
| vs. | **O R D E R** |
| CITY OF NORTH LAS VEGAS, and JOSEPH FORTI, | (Motion to Amend Complaint–#23) |
| Defendant(s). | |

Before the Court is Plaintiff's **Motion to File Amended Complaint in Case No. 2:09-cv-2373-RLH-RJJ** (#23, FILED September 23, 2010).  No opposition has been filed.

Local Rule 7-2(d) provides that failure to file points and authorities in opposition to a motion constitutes a consent that the motion be granted.  *Abbott v. United Venture Capitol, Inc.* 718 F.Supp. 828, 831 (D. Nev. 1989).  It has been said these local rules, no less than the federal rules or acts of Congress, have the force of law.  *United States v. Hvass*, 355 U.S. 570, 574-575 (1958); *Weil v. Neary*, 278 U.S. 160, 169 (1929); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995).  The United States Supreme Court itself has upheld the dismissal of a matter for failure to respond under the local court rules.  *Black Unity League of Kentucky v. Miller*, 394 U.S. 100, 89 S. Ct. 766 (1969).

Furthermore, the motion appears to have merit and permitting the amendment would be in the interests of justice.

////

1

1  IT IS THEREFORE ORDERED that Plaintiff's **Motion to File Amended Com-**
2  **plaint in Case No. 2:09-cv-2373-RLH-RJJ** (#23) is GRANTED.
3  Dated: December 6, 2010.

                                            _____
                                            Roger L. Hunt
                                            Chief United States District Judge