# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**  *  *  **

| | | |
|---|---|---|
| MARK BOYKIN, | ) | Case No.: 2:10-cv-00737-RLH-LRL |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | (Motion to Dismiss–#7) |
| CITY OF NORTH LAS VEGAS, | ) | |
| Defendant. | ) | |

Before the Court is Defendant City of North Las Vegas' **Motion to Dismiss** (#7), filed June 16, 2010.  The Court has also considered Plaintiff Mark Boykin's Opposition (#8), filed June 21, 2010.  The City of North Las Vegas did not reply.

This case was consolidated with Case No: 2:09-cv-02373-RLH-GWF on August 11, 2010.  (Dkt. #14, Order.)  Since consolidation Boykin has filed an amended complaint with permission of the Court in the consolidated case.  The Defendants in that case, including the City of North Las Vegas, have filed a motion to dismiss the amended complaint.  Therefore, the Court denies this motion as moot.

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#7) is DENIED as moot.

Dated:   January 27, 2011.

_____
**ROGER L. HUNT**
**Chief United States District Judge**